United States District Court
Southern District of Texas
**ENTERED**
September 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HALA INANNA WALDROP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02409 |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Plaintiff Hala Inanna Waldrop brought this suit against Defendant Freedom Mortgage Corporation, in Texas state court, and Defendant then removed it to this Court. (Doc. 1.) Defendant moved for summary judgment (Doc. 17). The Court granted Defendant's Motion for Summary Judgment at a hearing on September 16, 2024, for the reasons stated on the record.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Freedom Mortgage Corporation.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of September, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE